# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SKECHERS U.S.A., INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-02975-MWF-KS<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

# ORDER

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that Plaintiffs' Elia Haggar, Kyo Hak Chu and Valerie Brooks individual claims be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: September 13, 2019

_____
Honorable Michael W. Fitzgerald
United States District Court Judge